# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 20-03429-dd |
| Patricia Ann Elhoff | Chapter 7 |
| | |
| | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |
| Debtor(s). | |

This matter is before the Court on motion (dkt. #34) of U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust ("Movant") seeking relief from the automatic stay.  The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b).  Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to:  122 Red Cypress Dr, Goose Creek SC 29445 (the "collateral").  Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**03/08/2021**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 03/08/2021